**STATE of Missouri, Plaintiff/Respondent,**

v.

**Wesley HARDEN, Defendant/Appellant.**

No. 63589.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 20, 1995.

Application to Transfer Denied
April 25, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of armed criminal action, § 571.015, RSMo 1986. He was sentenced by the court to twelve years imprisonment. We affirm. We have examined the defendant's points of error and find them to be without merit. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).